UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>GOLDENMINE.COM, INC.,<br><br>                          Defendant. | CIVIL ACTION NO. 04-11650-PBS |

## NOTICE OF LIMITED APPEARANCE

Please enter the limited appearance of Steven M. Cowley and Nicholas J. Rosenberg, of Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts 02110, in the above-captioned matter, solely for the purpose of contesting the jurisdiction of this Court over the Defendant.

                                      GOLDENMINE.COM, INC.

                                      By its attorneys,

                                      /s/ Nicholas J. Rosenberg
                                      Steven M. Cowley (BBO No. 554534)
                                      Nicholas J. Rosenberg (BBO No. 657887)
                                      Edwards & Angell, LLP
                                      101 Federal Street
                                      Boston, Massachusetts  02110
                                      (617) 439-4444

## CERTIFICATE OF SERVICE

I, Nicholas J. Rosenberg, hereby certify that on this 27th day of August 2004, I caused a copy of the foregoing Notice of Appearance to be served on plaintiffs' counsel of record by first class mail, postage prepaid.

                                      /s/ Nicholas J. Rosenberg
                                      Nicholas J. Rosenberg

BOS_458018_1/NROSENBERG