**Exhibit B**

To:         Advertisers for GoldenMine.com, Inc.


      I am contacting you because you have disseminated and/or are disseminating advertising and/or promotional material for GoldenMine.com, Inc. ("GoldenMine"). I am enclosing a copy of a Consent Judgment and Permanent Injunction that has been entered in the United States District Court for the District of Massachusetts which prohibits the use of certain trademarks of Hearts On Fire Company, LLC and confusingly similar designations in connection with advertising and promotional materials for GoldenMine.

      I am instructing you to remove immediately from your web site and from any other materials in active use to advertise or promote GoldenMine.com any reference to the trademarks HEARTS ON FIRE® and DREAM BY HEARTS ON FIRE®, as well as any confusingly similar designation (collectively, the "Trademarks"), and as well as the phrases "find beautiful diamond jewelry to set your hearts and souls on fire" and "heartssoulsonfire" without regard for how such words are capitalized and/or spaced) and to discontinue making any use of the Trademarks and/or phrases in connection with any advertising or promotional activities conducted on behalf of GoldenMine, including, without limitation, by using any of the Trademarks and/or phrases in the visible text, invisible text, source code, metatags, title, or file path of any web site or by causing any web site to be linked to a search engine listing produced in response to searches for any of the Trademarks.

      I am also instructing you to remove immediately from your web site and from any other materials in active use to advertise or promote GoldenMine any of the trademarks DREAM® or DREAM CUT® in reference to, or suggestive of, the brand or source of any diamonds or diamond jewelry, as well as any confusingly similar designation, including, without limitation, by using either of those trademarks in the visible text, invisible text, source code, metatags, title, or file path of any web site, or by purchasing the right to have one or more links to any web site operated by or on behalf of GoldenMine listed in response to a search for either of the trademarks DREAM® or DREAM CUT®. This instruction does not apply to any normal textual usage of the words "dream" and/or "cut."


      If you have any questions, please contact _____ immediately.